GENOVA & MALIN
Attorneys for Debtors
Hampton Business Center
1136 Route 9
Wappingers Falls, New York 12590
(845) 298-1600
Thomas Genova, Esq. (TG4706)
Andrea B. Malin, Esq. (AM4424)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-------------------------------------------------------X
IN RE:

                                               **CHAPTER 13**

STEVEN A. RAABE and                 **CASE NO. 18-36844(CGM)**
KATHLEEN RAABE,

              Debtors.
-------------------------------------------------------X

## ORDER REDUCING CLAIM NO. 5 TO ZERO

The attorneys for the debtor in the above-referenced case, GENOVA & MALIN, having moved this Court for an Order Reducing Claim to Zero, as set forth in the Notice of Motion and Motion, dated March 22, 2019, and upon reading and filing of the Notice of said Motion and Motion in support thereof and after hearing held on April 30, 2019, and there having been no appearance in opposition thereto, and due deliberation having been had thereon,

**NOW,** on motion of GENOVA & MALIN, attorneys for the debtors, pursuant to 11 U.S.C. §§502, 1322, 1325(a)(5)© and Federal Rule of Bankruptcy Procedure 3007, it is

      **ORDERED,** that Claim No. 5, filed by MTGLQ INVESTORS, L.P. is hereby **reduced to zero** and shall not receive any payment under the debtors' Chapter 13 Plan until such time that a deficiency judgment is obtained and the claim amended to a general unsecured claim.



**Dated: May 3, 2019**
      **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**